UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DWAYNE WRIGHT,<br><br>    Petitioner,<br><br>  v.<br><br>MARGARET GILBERT,<br><br>    Respondent. | CASE NO. C16-5097 RBL-KLS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore **GRANTED**. The Clerk is directed to file Petitioner's petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed to send a copy of this Order to Petitioner.

Dated this  9th  day of  February, 2016.

Karen L. Strombom
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1